

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Alexis Elaina Walker, Appellant

No. 06-17-00092-CR     v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 14-0403x). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of $13,980.00 in attorney's fees. As modified, the trial court's judgment is affirmed.

We note that the appellant, Alexis Elaina Walker, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED FEBRUARY 21, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk